165 A.3d 495

In the MATTER OF the Petition for REINSTATEMENT OF Rolando Vincente LEE to the Bar of Maryland

Misc. Docket AG, No. 123, Sept. Term, 2016

Court of Appeals of Maryland.

July 28, 2017

## ORDER

Upon consideration of the Petition for Reinstatement to the Maryland Bar filed by Petitioner, Rolando Vincente Lee, and

the response of Bar Counsel filed in the above entitled case, it is this 28th day of July, 2017

ORDERED, by the Court of Appeals of Maryland, that the Petition for Reinstatement of Rolando Vincente Lee be, and it is hereby, granted, and it is further

ORDERED, that the Clerk of the Court shall replace the name of Rolando Vincente Lee upon the register of attorneys entitled to practice in this Court and certify that fact to the Trustees of the Client Protection Fund and the Clerks of all judicial tribunals in this State.